SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM SCRIPTER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>　EQUIFAX, INC.; et. al.,<br><br><br><br>　　　　　　　Defendants. | Case No.: 3:17-CV-00348-EDL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT FIRST INVESTORS FINANCIAL SERVICES, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff William Scripter and defendant First Investors Financial Services, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties anticipate that this matter will be dismissed within 30 days.

Dated:   February 17, 2017

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1