SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCRIPTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 4:17-cv-00348-SBA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT WHEELS FINANCIAL GROUP, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff William Scripter and defendant Wheels Financial Group, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated:　April 20, 2017　　　　　By:　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT WHEELS FINANCIAL GROUP, INC. -1-

**Jones Day**

Dated:   April 20, 2017           By:   /s/ *Anni Vartanian*
                                        Anni Vartanian
                                        Attorneys for Defendant
                                        Wheels Financial Group, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Anni Vartanian has concurred in this filing.

*/s/ Elliot Gale*

NOTICE OF SETTLEMENT WITH DEFENDANT WHEELS FINANCIAL GROUP, INC. -2-